**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY SWANEGAN, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:26-cv-02108-SHL-tmp |
| WARDEN C. HARRISON, | ) | |
| Respondent. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT**. This action having come before the Court on Petitioner Anthony Swanegan's Petition for a Writ of Habeas Corpus Under § 2241 (ECF No. 2), filed February 5, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Respondent's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment, Denying § 2241 Petition, Certifying that an Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed In Forma Pauperis on Appeal (ECF No. 12), filed October 6, 2026, all claims by Petitioner are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 6, 2026
Date